**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



MEMORANDUM ORDER

Appellate case name:    Schlumberger Limited and Schlumberger Technology Corporation v. Charlotte Rutherford

Appellate case number:    01-14-00776-CV

Trial court case number:  2014-13621

Trial court:              127th District Court of Harris County

Appellants/cross-appellees Schlumberger Limited and Schlumberger Technology Corporation ("Schlumberger") and appellee/cross-appellant Charlotte Rutherford have filed a "Joint Agreed Motion to Adopt Briefing Schedule and Aggregate Word Limit" proposing a briefing schedule and aggregate word limit.

The joint order is **granted**, and the briefing schedule in this case is as follows:

- Schlumberger's opening brief as appellants and Rutherford's opening brief as cross-appellant are due by **November 19, 2014**.

- Schlumberger's response brief as cross-appellees and Rutherford's response brief as appellee are due by **January 9, 2015.**

- Schlumberger's reply brief as appellants and Rutherford's reply brief as cross-appellant are due by **February 18, 2015.**

The aggregate word limit for all briefs filed by each side shall be extended to 37,500 words per side. *See* TEX. R. APP. P. 9.4(i)(4). Opening and response briefs may not exceed 15,000 words and reply briefs may not exceed 7,500 words. *See* TEX. R. APP. P. 9.4(i)(2)(B), (C).

It is so ORDERED.

Judge's signature: /s/ Michael Massengale
                    ☒ Acting individually    ☐ Acting for the Court

Date:  October 21, 2014